**DETROIT INTERNATIONAL BRIDGE COMPANY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 04–1122.**

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

Craig L. John, Andrew J. Lusk, Dykema Gossett, Bloomfield Hill, MI, for Plaintiff–Appellant.

John E. Kosloske, David M. Cohen, Matthew S. Clifford, Department of Justice, Washington, DC, for Defendant–Appellee.

Before NEWMAN, CLEVENGER, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36